# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| HAMILTON TOWNSHIP,<br><br>             Petitioner<br><br><br>      v.<br><br><br>ZONING HEARING BOARD OF<br>HAMILTON TOWNSHIP,<br><br>             Respondent<br><br>PACONA CORPORATION D/B/A BLUCO<br>LODGE,<br><br>             Intervenor | : No. 563 MAL 2014<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.